## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** In re: Peloton Interactive, Inc.  **Docket No.:** 25-2098

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Alexander J. Cave

**Firm:** Covington & Burling LLP

**Address:** One CityCenter, 850 Tenth Street NW, Washington, DC 20001

**Telephone:** 202-662-6000   **Fax:**

**E-mail:** acave@cov.com

**Appearance for:** Peloton Interactive, Inc., Defendant-Petitioner
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Mark W. Mosier, Covington & Burling LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on November 18, 2021   OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Alexander J. Cave

**Type or Print Name:** Alexander J. Cave